**DENIED**
BY ORDER OF THE COURT
ODW 03-14-13

1
2
3
4
5
6
7
8              UNITED STATES DISTRICT COURT
9              CENTRAL DISTRICT OF CALIFORNIA
10
11  RUMBA ROOM, LLC., a California              )   Case No. CV12 -04231  ODW (AJWx)
    Limited Liability Company, and DELIA        )
12  HAUSER, an individual,                      )   **[PROPOSED] ORDER
                                                )   CONTINUING DISCOVERY AND
13             Plaintiffs,                      )   TRIAL RELATED DEADLINES**
                                                )
14        v.                                    )
                                                )
15  STEVE CARBAJAL, an individual, and          )
    DOES 1 through 10, inclusive,               )
16                                              )
               Defendant.                       )
17                                              )
                                                )
18                                              )
    AND RELATED COUNTERCLAIM.                   )
19                                              )

20
21
22
23
24
25
26
27
28

**GOOD CAUSE BEING SHOWN,** the Court makes the following order amending the Scheduling Order issued in this matter on September 5, 2012, as follows:

| Event | Prior Deadline | New Deadline |
|---|---|---|
| Discovery closes: | March 25, 2013 | May 9, 2013 |
| Last day to conduct settlement conference: | April 29, 2013 | June 13, 2013 |
| Last day to hear motions: | May 6, 2013 | June 20, 2103 |
| last day:<br>1. to lodge pretrial conference order and pretrial exhibit stipulation;<br>2.  to file trial brief;<br>3.  to file contentions of fact and law;<br>4.  file exhibit and witness list;<br>5. file status report regarding settlement;<br>6. file Agreed Upon set of Instructions & Verdict Forms;<br>7.  file joint statement regarding disputed instructions, verdicts, etc | May 27, 2013 | July 11, 2013 |

[PROPOSED] ORDER CONTINUING DISCOVERY AND
TRIAL RELATED DEADLINES

0041331/001/ 424281v03

| | | | |
|---|---|---|---|
| 1<br>2<br>3<br>4<br>5<br>6<br>7 | Final pre-trial conference at 2:30 pm also: (a) last day to file motions in limine; (b) proposed voir dire questions and (c) agreed to statement of the case are also to be filed; | June 3, 2013 | July 18, 2013 |
| 8<br>9 | Hearing on Motions in limine (at 2:30 pm) | June 17, 2013 | August 1, 2013 |
| 10<br>11 | Last day to file final Trial Exhibit Stipulation | June 20, 2013 | August 4, 2013 |
| 12<br>13 | Trial at 9:00 a.m. | June 25, 2013 | August 9, 2013 |

Dated: MARCH 14, 2013

**DENIED**

**BY ORDER OF THE COURT**

Honorable Otis D. Wright, II

Judge of the United States

District Court

0041331/001/ 424281v03

[PROPOSED] ORDER CONTINUING DISCOVERY AND TRIAL RELATED DEADLINES